**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

So Ordered.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: June 12, 2023
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

          Plaintiff,

- against -

IMMUNOCOLOGIE, LLC,

          Defendant.
-----------------------------------------------------------X

Case No.   1:23-cv-2332-LGS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Immunocologie, LLC.

Dated: Scarsdale, New York
      June 9, 2023

                            SHAKED LAW GOUP, P.C.
                            Attorneys for Plaintiff

                            By: _____
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            e-mail: ShakedLawGroup@Gmail.com